2/9/2015




## NEW MEXICO
## PUBLIC SCHOOLS INSURANCE AUTHORITY
### Cannon Cochran Management Services, Inc.
Claims Administrator
P.O. Box 30870
Albuquerque, New Mexico 87190-0870
800-635-0679   505-837-8700
505-888-6794 Fax

**CONFIDENTIAL, THIS REPORT IS NOT TO BE RELEASED TO PARENT AND /OR STUDENTS**

The school employee either witnessing the accident or supervising at the time
Should complete and submit this form within 24 hours

IN CASE OF SERIOUS INJURIES, A TELEPHONE REPORT IS TO BE MADE IMMEDIATELY

1. School District _____ Pojoaque Valley Schools _____
2. School _____ PVHS _____ Address _____ 1574 SR 502 Santa Fe NM _____
3. Students Name ___ Johnny S[redacted] ___ DOB  11-15-1993 ___ Grade ___ 11
4. Student's Address ___ 47 Cowboy Lane Arroyo Seco ___ 87532
   Telephone Number ___ 795-9651 ___
5. Where did accident occur? ___ Teachers Parking lot ___ Date 9-9-10  Time 12:00 noon
6. Describe how accident occur? ___ Walking towards dads car ___
7. Who was the person in charge at time of the accident? ___ Timothy Trujillo IA ___
   Was he/she present at the time? _x_ Yes ___ No    Did the injured violate any schools rule? ___ Yes _x_ No
8. Witnesses: ___ Juan Salgado ___    Witness: ___
   Address: ___ same as students ___    Address: ___
   Phone: ___    Phone: ___
9. Apparent Nature of Injury:
   ___ Abrasion  ___ Fracture  ___ Strain/Sprain
   ___ Contusion  ___ Cut  ___ Dislocation
   ___ Internal  _x_ Concussion  _x_ Other
10. Injured Part of Body: Indicate R/L
    _x_ Head  ___ Finger  ___ Arm  ___ Rib
    ___ Face  ___ Eye  ___ Leg  ___ Wrist
    ___ Thumb  ___ Back  ___ Chest  _x_ Tooth  ___ Chin
11. First aid procedures used ___ 911 dispatch/VS monitor / ice ___ By Whom: ___ School Nurse ___
12. Disposition of injured after accident- Class! ___ Home! ___ Doctor ___ Hospital ___ Espanola ___
13. Who was notified? ___ Dad (present) ___ Relationship to injured student ___ Father ___
14. If injured student left school, to whom released? ___ Ambulance ___
15. Name and attitude of anyone contacting school ___
16. Student accident benefits available? Name of company ___
17. Remarks: ___
18. Reports Complete by: MC / D. Quintana ___ Approved ___ Date 9-9-10


EXHIBIT B