UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

## Clerk's Minutes

## Before the Honorable M. Christina Armijo

**CASE No:** 13-27MCA/KK  **DATE:** 8/24/15

**TITLE:** *S. et al. v. Pojoaque Valley School District, et al.*

**COURTROOM CLERK:** C. Walker   **COURT REPORTER:** J. Goehl

**INTERPRETER:** Maria E. Foraker, sworn.

**COURT IN SESSION:** 3:29pm -4:10pm   **TOTAL TIME:** 41 minutes

**TYPE OF PROCEEDING:** Fairness Hearing

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Nancy Simmons                                                    Jason Marks

  \*\*\*\*  Sara Crecca, GAL

PROCEEDINGS:

| Time | Event |
|---|---|
| 3:29pm | Court in session counsel enter appearances. |
| 3:37pm | Court appoints interpreter for plaintiff's father Juan Salgado.  Interpreter Maria E. Foraker sworn. |
| 3:38pm | Ms. Simmons addresses Court, calls Darlene Salgado as witness.  Ms. Salgado sworn. |
| 3:39pm | Ms. Simmons conducts direct exam of witness Ms. Salgado. |
| 3:40pm | Mr. Marks conducts cross exam of witness Ms. Salgado. |
| 3:42pm | Court questions Ms. Salgado. |
| 3:45pm | Ms. Simmons calls witness Juan Salgado.  Mr. Salgado sworn. |
| 3:48pm | Ms. Simmons conducts direct exam of witness Mr. Salgado. |
| 3:52pm | Mr. Marks has no questions. |
| 3:52pm | Court questions Mr. Salgado. |
| 3:58pm | Court excuses Mr. Salgado. |

| | |
|---|---|
| 3:59pm | Court addresses Ms. Creeca. |
| 3:59pm | Ms. Creeca addresses Court regarding fairness of settlement. |
| 4:06pm | Court approves the settlement as modified in open court. |
| 4:07pm | Court inquires about status of Order, Ms. Simmons to submit to proposed text box. |
| 4:07pm | Ms. Simmons indicates gross receipts tax may vary depending on rate for Attorney Debra Poulin. |
| 4:10pm | Court in recess. |